IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 1:23-cr-00338-JEB |
| | : | |
| MICHAEL MARROQUIN, | : | |
| Defendant. | : | |

**MOTION FOR AUTHORIZATION OF PAYMENT OF INTERIM VOUCHERS**

Comes now the defendant, MICHAEL MARROQUIN, by and through counsel and moves this Honorable Court to enter an order authorizing the payment of interim claims for compensation pursuant to the Criminal Justice Act.

1. Undersigned counsel represents the defendant pursuant to the Criminal Justice Act.

2. The length of the representation exceeds 6 months.

3. Since appointment counsel has not received compensation in this matter.

4. Continued representation without compensation represents a hardship. *See* § 3.06(a) of the Guidelines for the Administration of the Criminal Justice Act *U.S. v. Lawrence*, Case No. 06-CR-140-2lD, (D. Wyo. Dec. 6, 2006).

Wherefore, the defendant moves this Honorable Court to enter an order authorizing the payment of interim claims for compensation pursuant to the Criminal Justice Act.

Respectfully submitted,
MICHAEL MARROQUIN
By Counsel

_____/s/_____
Robert L. Jenkins, Jr.
U.S. District Court Bar No.:  CO0003
Bynum & Jenkins
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7211 Fax

1

RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant MICHAEL MARROQUIN