IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 1:23-cr-00338-JEB |
| | : | |
| MICHAEL MARROQUIN, | : | |
| Defendant. | : | |

**DEFENSE RESPONSE TO COURT'S FEBRUARY 21, 2024 ORDER**

Comes now the defendant, MICHAEL MARROQUIN, by and files this response to the court's February 21, 2024, Order.

1. Counsel for the defendant has reviewed the government's response to the court's February 21, 2024, Order.

2. The defendant does not oppose the government's request for 60 days to brief issues related to sentencing.

3. Further, the defendant does not oppose the tolling of the speedy trial clock until September 9, 2024.

Respectfully submitted,
MICHAEL MARROQUIN
By Counsel

_____/s/_____
Robert L. Jenkins, Jr.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7211 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant MICHAEL MARROQUIN

1

**CERTIFICATE OF SERVICE**

   I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on this July 10, 2024.

_____/s/_____
Robert L. Jenkins, Jr.
U.S. District Court Bar No.:  CO0003
Bynum & Jenkins
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7211 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant MICHAEL MARROQUIN