IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 1:23-cr-00338-JEB |
| | : | |
| MICHAEL MARROQUIN, | : | |
| Defendant. | : | |

## MOTION TO STRIKE DOCKET ENTRY 44

Comes now, the defendant MICHAEL MARROQUIN, by and through counsel and moves this Honorable Court to strike docket entry 44. The defendant further asks that his docket entry be accepted in replacement of docket entry 44.

I ASK FOR THIS:

_____/s/_____
Robert L. Jenkins, Jr., Esq.
United States District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant MICHAEL MARROQUIN

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and accurate copy of the foregoing to be served upon all counsel of record via ECF on December 4, 2024.

_____/s/_____
Robert L. Jenkins, Jr., Esq.
United States District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant MICHAEL MARROQUIN