IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: 1:23-cr-00338-JEB |
| | : | |
| MICHAEL MARROQUIN, | : | |
| Defendant. | : | |

**<u>NOTICE OF APPEAL</u>**

Please take notice that the defendant, MICHAEL MARROQUIN, hereby notes his appeal to the final order of this Honorable Court entered on December 10, 2024, to the United States Court of Appeals for the District of Columbia.

I ASK FOR THIS:

_____/s/_____
Robert L. Jenkins, Jr., Esq.
United States District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant MICHAEL MARROQUIN

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and accurate copy of the foregoing to be served upon all counsel of record via ECF on December 20, 2024.

_____/s/_____
Robert L. Jenkins, Jr., Esq.
United States District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant MICHAEL MARROQUIN